UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-30-20

PAMELA WILLIAMS, *on behalf of himself and all other persons similarly situated*,

                              Plaintiff,

                    v.

BYWOOPS LLC,

                              Defendant.

20-CV-1599 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 26, 2020, the Court ordered that within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. Dkt. 5. The Court further ordered that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *Id.* On March 13, 2020, Plaintiff filed an affidavit of service averring that Defendant was served on March 4, 2020. Dkt. 6. However, the parties have not yet filed the joint letter required by the Court's February 26, 2020 Order. The parties shall do so no later than May 7, 2020.

Additionally, Defendant's answer was due on March 25, 2020. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by May 7, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, she shall do so by May 21, 2020

Plaintiff shall promptly serve a copy of this Order on Defendant and file proof of such service on the docket.

SO ORDERED.

Dated:      April 30, 2020
            New York, New York

_____
Ronnie Abrams
United States District Judge